```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY L. DANSER,

       Plaintiff,       12 **CIVIL** 5102 (TPG)

   -against-         **JUDGMENT**

BAGIR INTERNATIONAL, INC., et al.,
       Defendants.
------------------------------------------------------------X

   Defendants having moved to dismiss the Complaint; Danser having moved for default judgment against certain defendants, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on September 17, 2013, having rendered its Opinion granting Defendants' motions to dismiss and denying Danser's motions for default judgment, it is,

   **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated September 17, 2013, Defendants' motions to dismiss are granted and Danser's motions for default judgment are denied.

**Dated:** New York, New York
    September 18, 2013

                    RUBY J. KRAJICK
                    Clerk of Court
              BY:
                    Deputy Clerk

                    **THIS DOCUMENT WAS ENTERED
                    ON THE DOCKET ON** _____